**DeORCHIS & PARTNERS, LLP**
2355 Main Street, Box 186
South Chatham, MA 02659
508-432-2121

Attorneys for Plaintiffs

FILED
CLERKS OFFICE

2005 APR -1  A 11: 48

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------X
ROLAND HEMMINGER, CHRISTINE
HEMMINGER, and CHRISTINE HEMMINGER
as *guardian at litem* for ANNIKA HEMMINGER,
TOBIAS HEMMINGER and STEFFEN
HEMMINGER,
           Plaintiffs

      v.

NMT MEDICAL INC.,
           Defendant
------------------------------------------------------------X

05 CV 10541RGS
**NOTICE OF DISMISSAL**

Notice is hereby given that ROLAND HEMMINGER, CHRISTINE HEMMINGER, and CHRISTINE HEMMINGER, as guardian at litem for ANNIKA HEMMINGER, TOBIAS HEMMINGER and STEFFEN HEMMINGER, the above named plaintiffs, hereby dismiss the above-entitled action, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and hereby files this notice of dismissal with the Clerk of the court before service by defendant of either an answer or a motion for summary judgment.

Dated: South Chatham, Massachusetts
       March 30, 2005

DeOrchis & Partners, LLP

By: /s/ Cary R. Wiener
Cary R. Wiener ( 650354          )
Attorneys for Plaintiffs
2355 Main Street, Box 186
South Chatham, MA 02659
Our File: 2262-1

W:\2262-1\Legals\Notice Of Dismissal Without Prejudice.Doc 3/30/05-